# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00572-CV

### In re Lloyd London

### ORIGINAL PROCEEDING FROM MILAM COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Filed: August 27, 2019